[Civ. Nos. 3026, 3027.   Fourth Dist.   Apr. 17, 1942.]

CAROLINE A. LOVELL, Appellant, v. LILLIAN S. GRIF-
FIN et al. as Executors, etc., et al., Respondents.

(Two Cases.)

Victor T. Watkins, Stanley M. Evans and F. D. R. Moote
for Appellant.

Lewis D. Collings and Edgar C. Smith for Respondents.

MARKS, J.—Two appeals are presented here on the same
record.   The first is from a judgment entered against plain-
tiff in an action to quiet title.   The parties and their attorneys
have stipulated that this judgment may be reversed and the
remittitur issued forthwith, each party to pay his own costs.

The second appeal is from an order terminating the pro-
ceedings to have prepared and certified a reporter's transcript
on appeal, and from an order refusing to relieve plaintiff from
her default in failing to have that transcript prepared and
filed in time.

An inspection of the record on the appeal from the
orders leads us to adopt the following language of the Supreme
Court in denying a motion to dismiss the appeals:

"The derelictions, if any, as set forth in the respective
motions, were those of officers of the lower court, to wit, either
its clerk or its stenographic reporter, or both." (*Lovell* v.
*Deyoe,* 16 Cal. (2d) 650 [107 P. (2d) 385].)

As the judgment must be reversed under the stipulation, it is apparent that the questions presented on the appeal from the two orders have become moot and that the appeal from those orders should be dismissed.

The judgment is reversed. The appeal from the orders is dismissed. Neither party will recover costs of appeal. It is ordered that the remittitur issue forthwith.

Barnard, P. J., and Griffin, J., concurred.